# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-2382

SEBO AMERICA, LLC

        Plaintiff,

v.

DOES 1 - 10

        Defendants.

---

## AFFIDAVIT OF JOHN VAN LEUVEN

---

John van Leuven, pursuant to 28 U.S.C. § 1746 swears as follows:

1. I am the Chief Executive Officer of SEBO America, LLC (herein referred to as SEBO). I am competent to make this declaration, and do so based on my personal knowledge.

2. SEBO America, LLC (SEBO) is the exclusive United States licensee or owner of the registered trademarks SEBO, SEBO & Design, FELIX, DART, AIRBELT, and WORKS FOR ME, and common law trademarks SEBO, FELIX, AUTOMATIC X,

ESSENTIAL G, COMFORT, AIRBELT, DART, DISCO, DUO, DUO-P, and WORKS FOR ME, for floor maintenance equipment, including vacuum cleaners, vacuum cleaner dust bags, vacuum cleaner filters, vacuum cleaner attachments and accessories, replacement parts for vacuum cleaners, and related goods. (herein referred to as "The SEBO Trademarks").

3. Through arduous efforts, The SEBO Trademarks have gained a reputation as a source identifier for floor maintenance equipment, including vacuum cleaners, vacuum cleaner dust bags, vacuum cleaner filters, vacuum cleaner attachments and accessories, and replacement parts for vacuum cleaners.

4. As a source identifier The SEBO Trademarks have become associated by customers with a high level of quality, resulting from the manner that SEBO markets and services products that bear The SEBO Trademarks.

5. The SEBO Trademarks have become distinctive through their long-standing use.

6. SEBO markets and sells its products to customers in the United States through an authorized dealership network.

7. SEBO authorized dealers are vetted, approved, and meticulously selected by SEBO in order to provide a high level of knowledge, service, and care.

8. The included SEBO backed product warranty is an integral component of products bearing The SEBO Trademarks. SEBO's warranty and repair procedures are designed to be easy and convenient. Repairs that are covered

under warranty are completed free of charge, and SEBO pays for related freight costs.

9. SEBO strives to ensure that every customer is satisfied with products that bear The SEBO Trademarks, and their interactions with SEBO and its authorized dealer network.

10. I regularly communicate with and monitor the authorized SEBO dealership network to ensure both customer satisfaction and compliance with required policies and procedures.

11. SEBO has expended significant efforts and resources in marketing its products under The SEBO Trademarks. As a result of SEBO's exceptional customer service, and promotional efforts, SEBO has gained a reputation for high quality floor care equipment that is used by prominent hotels, hospitals, universities, and governmental institutions worldwide.

12. SEBO vacuum cleaners have received numerous awards, and recognition from Better Homes and Gardens, Consumer's Digest, and TIME, among other third-party promotion of SEBO and The SEBO Trademarks.

13. The SEBO limited warranty "applies only to SEBO products purchased from Authorized SEBO Dealers located in the United States of America." Furthermore, the SEBO limited warranty states: "THE WARRANTY DOES NOT COVER: Machines, bags, filters, and spare parts designed or intended for use in countries other than the USA."

14. Defendants are not part of SEBO's authorized dealer network, and are not authorized to imply or indicate any relationship or connection with SEBO, or The SEBO Trademarks.

15. Defendants continue to use The SEBO Trademarks to market and sell products in the same sales channels as SEBO.

16. Defendants continue to use The SEBO Trademarks to market and sell products in a manner which implies through online listing titles, descriptions, and by omission of information, that products which bear The SEBO Trademarks and are sold by Defendants are covered by the SEBO warranty, despite Defendants being aware that such products are not covered by the SEBO warranty because Defendants are not authorized SEBO dealers.

17. Defendants' deceptive acquisition and marketing of products bearing The SEBO Trademarks has resulted in unfair competition with SEBO's Authorized Dealer Network.

18. SEBO's method of marketing products bearing The SEBO Trademarks to customers in the United States through an authorized dealer network has allowed SEBO to control the manner that customers interact with SEBO and products that bear The SEBO Trademarks. Defendants' unauthorized actions have resulted in a loss of control by SEBO of The SEBO Trademarks.

19. Defendants have used deceptive and unethical tactics in continuing to carry out their unauthorized, infringing, and unfair conduct.

20. Furthermore, Defendants continue to market and sell products to consumers in the United States with listings that contain The SEBO Trademarks and misrepresent the nature, characteristics, qualities, and origin of the products.

21. Defendants continue to falsely imply and indicate that products marketed and sold through listings which bear The SEBO Trademarks, are "New", despite Defendants being aware that consumers who see these listings and purchase products advertised in them are not being informed that these products which bear The SEBO Trademarks are not 'New' based on the Amazon.com 'condition guidelines', and are materially different from products which bear The SEBO Trademarks and are sold by an authorized SEBO dealer as the limited warranty provided by SEBO does not apply to products offered by Defendants.

22. Defendants are not authorized SEBO dealers. Defendants' listing are misleading as they fail to advise customers of the material differences between products sold by authorized SEBO dealers and Defendants.

23. Defendants have engaged in a predatory pricing scheme by falsely competing with Authorized SEBO Dealers, including listing OEM products that bear The SEBO Trademarks for prices below that of the minimum advertised price that SEBO sets for its Authorized Dealers. This has resulted in a negative response from Authorized SEBO Dealers and a loss of sales to Defendants, unauthorized sellers of grey market products which are advertised under and bear The SEBO Trademarks. Furthermore, consumers have been offered a lower price for a

product that while bearing The SEBO Trademarks, lacks the SEBO warranty, and fails to advertise this fact. Consumers are therefore mislead, while at the same time being presented with competing source identifiers which contain material differences, a classic 'likelihood of confusion scenario'. This places SEBO and The SEBO Trademarks in the path of further irreparable harm.

24. SEBO ensures that products which bear The SEBO Trademarks and are marketed and sold to customers in the United States and sold by authorized SEBO dealers, contain product packaging, product information, product descriptions, and product instructions which are in the English language and adhere to United States regulations. Defendants have no incentive to follow such procedures.

25. Defendants' unauthorized, deceptive, and willful actions have resulted in direct and irreparable harm to SEBO and The SEBO Trademarks. Customers in the marketplace, Authorized SEBO Distributors, and Authorized SEBO Dealers have indicated their disdain with Defendants to SEBO, and as a result of Defendants' infringing conduct and false association with SEBO and The SEBO Trademarks, Defendants have therefore, irreparably tarnished SEBO and The SEBO Trademarks.

26. Defendants' actions have already confused the consuming public over the quality, characteristics, and origin of products that have been advertised using The SEBO Trademarks. This will continue to result in further loss of goodwill to

SEBO and The SEBO Trademarks, in addition to other irreparable harm to the standing and perception of SEBO, The SEBO Trademarks, and products which bear The SEBO Trademarks within the marketplace.

27. SEBO has spent over two decades building a reputation and positive goodwill through precise and successful sales and service strategies, its product warranties, and customer support.

28. Defendants' continued infringing actions will cause irreparable harm to the goodwill established by SEBO and The SEBO Trademarks with the consuming public, and SEBO's authorized dealers and distributors.

29. Defendants' unfair competition and direct usurping of customers seeking genuine SEBO goods has resulted in a negative reaction from SEBO's authorized distributors and dealers, and further threatens SEBO's goodwill and sales network.

30. SEBO respectfully advises this Court of the imperative necessity of injunctive relief to protect the goodwill of SEBO and The SEBO Trademarks.

31. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this _22_ day of _August_, 2019.

**VERIFICATION**

I declare under penalty of perjury under the law of Colorado that the foregoing is true

and correct. Executed on the _22_ day of _August_ , _2019_ , at

                (date)            (month)        (year)

_Aurora, Colorado_ .

(city or other location, and state OR country)

_John VanLeuven_

(Printed name of Petitioner/Plaintiff )      Signature of Petitioner/Plaintiff

_6382 S. Rifle St., Aurora, CO  80016_

Address          City      State    Zip Code

_303-519-3117_

Phone

State of Colorado
County of _Arapahoe_
Signed and sworn to [or affirmed] before me on _August   22_ , 20 _19_
by _John Vanleuven_ (name(s) of individual(s) making statement).

(Notary's official signature)

_Notary Public_
(Title of office)

_11/07/2021_
(Commission Expiration)

JACQUELINE TARIN MOSMEYER
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20174046147
MY COMMISSION EXPIRES NOVEMBER 07, 2021